IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01838-BNB

CARLTON DUNBAR,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
FNU FOSTER, and
DOES 1-20,

      Defendants.

---

## ORDER DRAWING CASE

---

      After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a presiding judge and, if applicable, to a magistrate judge.  *See*

D.C.COLO.LCivR 8.1(c).  Accordingly, it is

      ORDERED that this case shall be drawn to a presiding judge and, if applicable,

to a magistrate judge.

      DATED July 3, 2014, at Denver, Colorado.

                            BY THE COURT:


                            *s/Craig B. Shaffer*
                            United States Magistrate Judge