IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 14-cv-01838-MJW

CARLTON DUNBAR,

                Plaintiff,

v.

THE UNITED STATES OF AMERICA,
FNU FOSTER, and
DOES 1-20,

                Defendants.

## ORDER GRANTING UNOPPOSED JOINT MOTION TO AMEND SCHEDULE

The unopposed joint motion to amend the schedule set by this Court is hereby GRANTED. The deadlines set in the Order of September 23, 2014 (Dkt. No. 23) are amended as follows:

| Event | Original Due Date | Amended Due Date |
|---|---|---|
| Deadline for Joinder of Parties and Amendment of Pleadings | 12/12/2014 | 1/23/2015 |
| Status Conference & Show Cause Hearing | 12/17/2014 at 9:30 a.m. | ~~Week of 1/26/2015~~ January 28, 2015, at 9:30 a.m. |
| Expert Witness Disclosure | 2/13/2015 | 3/13/2015 |
| Requests for Discovery - Served | 3/21/2015 | 4/13/2015 |
| Rebuttal Witness Designation | 3/27/2015 | 4/20/2015 |
| Discovery Cut-Off | 4/24/2015 | 5/19/2015 |
| Dispositive Motions | 5/25/2015 | 6/19/2015 |
| Pretrial Conference | 7/27/2015 | 7/27/2015 |

SO ORDERED.

DATE: December 9, 2014

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO