IN THE UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO

Civil Action No. 14-cv-01838-MJW

CARLTON DUNBAR,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,
FNU FOSTER, and
DOES 1-20,

        Defendants.

## ORDER GRANTING SECOND UNOPPOSED JOINT MOTION TO AMEND SCHEDULE (Docket no. 37)

The second unopposed joint motion to amend the schedule set by this Court is hereby GRANTED. It is therefore ORDERED that the deadlines set in the Order of December 9, 2014 (Dkt. No. 34) are amended as follows.

| Event | Current Due Date | Proposed Due Date | |
|---|---|---|---|
| Deadline for Joinder of Parties and Amendment of Pleadings | 1/23/2015 | 4/23/2015 | |
| Status Conference & Show Cause Hearing | Week of 1/26/2015 | ~~Week of 4/27/2015~~ April 28, 2015, | at 10:00 a.m. |
| Expert Witness Disclosure | 3/13/2015 | 6/12/2015 | |
| Requests for Discovery - Served | 4/13/2015 | 7/13/2015 | |
| Rebuttal Witness Designation | 4/20/2015 | 7/20/2015 | |
| Discovery Cut-Off | 5/19/2015 | 8/19/2015 | |
| Dispositive Motions | 6/19/2015 | 9/18/2015 | |

| Pretrial Conference | 7/27/2015 | 10/26/2015 at 9:30 am. |
|---|---|---|

SO ORDERED

DATE: January 23, 2015

_[signature]_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO