IN THE UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO

Civil Action No. 14-cv-01838-MJW

CARLTON DUNBAR,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,
FNU FOSTER, and
DOES 1-20,

        Defendants.

## ORDER GRANTING THIRD UNOPPOSED MOTION TO AMEND SCHEDULE ( Docket no. 39 )

The third unopposed motion to amend the schedule set by this Court is hereby GRANTED. It is therefore ORDERED that the deadlines set in the Order of January 26, 2015 (Dkt. No. 38) are amended as follows.

| Event | Current Due Date | ~~Proposed~~ New Due Date |
|---|---|---|
| Deadline for Joinder of Parties and Amendment of Pleadings | 4/23/2015 | 5/25/2015 |
| Status Conference & Show Cause Hearing | 4/28/2015 at 10:00 AM – VACATED | ~~Week of 5/25/2015~~ reset on June 11, 2015, at 10:00 a.m. |
| Expert Witness Disclosure | 6/12/2015 | 7/20/2015 |
| Requests for Discovery - Served | 7/13/2015 | 8/14/2015 |
| Rebuttal Witness Designation | 7/20/2015 | 8/21/2015 |
| Discovery Cut-Off | 8/19/2015 | 9/21/2015 |
| Dispositive Motions | 9/18/2015 | 10/19/2015 |

| Pretrial Conference | 10/26/2015 is VACATED | 11/30/2015 at 9:30 a.m. |

SO ORDERED

DATE: April 20, 2015

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO