IN THE UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO

Civil Action No. 14-cv-01838-MJW

CARLTON DUNBAR,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,
FNU FOSTER, and
DOES 1-20,

        Defendants.

## ORDER GRANTING FOURTH UNOPPOSED MOTION TO AMEND SCHEDULE (Docket No. 41)

The fourth unopposed motion to amend the schedule set by this Court is hereby GRANTED. It is therefore ORDERED that the deadlines set in the Order of April 20, 2015 (Dkt. No. 40) are amended as follows.

| Event | Current Due Date | ~~Proposed~~ New Due Date |
|---|---|---|
| Deadline for Joinder of Parties and Amendment of Pleadings | 5/25/2015 | 6/25/2015 |
| Status Conference & Show Cause Hearing | June 11, 2015 at 10:00am | ~~Week of~~ June 29, 2015 at 11:00 am |
| Expert Witness Disclosure | 7/20/2015 | 8/20/2015 |
| Requests for Discovery - Served | 8/14/2015 | 9/14/2015 |
| Rebuttal Witness Designation | 8/21/2015 | 9/21/2015 |
| Discovery Cut-Off | 9/21/2015 | 10/21/2015 |
| Dispositive Motions | 10/19/2015 | 11/19/2015 |

| Pretrial Conference | 11/30/2015 at 9:00am vacated | ~~1/4/2016~~ to be set |

SO ORDERED

DATE: MAy 22, 2015

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO