IN THE UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO

Civil Action No. 14-cv-01838-MJW

CARLTON DUNBAR,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,
FNU FOSTER, and
DOES 1-20,

      Defendants.

## ORDER GRANTING JOINT MOTION TO STAY (Docket No 44)

The Joint Motion to Stay is hereby GRANTED. It is therefore ORDERED that all proceedings and deadlines this the above-captioned matter are STAYED until further order.

The parties shall file with this Court the appropriate notice and papers to dismiss the matter no later than one week after a final settlement agreement is executed. In the event that such has not occurred by September 1, 2015, the parties shall file a status update at that time. (*)

SO ORDERED

DATE: June 25, 2015

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

(*) Further Ordered That The Status Conference and Show Cause Hearing set on June 29, 2015 at 10:00 AM is VACATED and Reset To September 2, 2015 At 9:00 A.m.